FILED

08/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0221

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GARY WAYNE TEMPLE, JR.,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 10, 2022, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2022